**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONTAVIAN WALTER,[1]

    Plaintiff,

v.

CCDC OFFICER SMITH, et al.,

    Defendants.

Case No. 2:26-cv-01264-JAD-NJK

**ORDER**

[Docket No. 5]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*.[2] Docket No. 5.

On April 23, 2026, Plaintiff filed a civil rights complaint and application to proceed *in forma pauperis*. Docket No. 1. The Court denied Plaintiff's application without prejudice and ordered Plaintiff to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents. Docket No. 3 at 1-2. The Court explained that:

> For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

*Id.* (citing 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2) (emphasis in original).

---

[1] It appears that Plaintiff's name is Dontavian Walter. *See* Docket No. 1 at 1, 3, 4; *see also* Docket No. 5 at 1. Therefore, the Clerk's Office is **INSTRUCTED** to correct the spelling of Plaintiff's name on the docket. *See* Docket.

[2] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1

Plaintiff's application is, once again, deficient because his financial certificate is not signed by a prison or jail official.  Docket No. 5 at 7.

Accordingly, for the reasons stated above,

IT IS ORDERED that the application to proceed *in forma pauperis*, Docket No. 5, is **DENIED** without prejudice.

IT IS FURTHER ORDERED that, no later than **June 10, 2026**, Plaintiff must either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.  A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Dontavian Walter the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint, Docket No. 1-1, but not file it at this time.

IT IS SO ORDERED

Dated: May 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2