**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DONTAVIAN WALTER,

Plaintiff,

v.

CCDC OFFICER SMITH, et al.,

Defendants.

Case No. 2:26-cv-01264-JAD-NJK

**REPORT AND RECOMMENDATION**

On May 19, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend. Docket No. 8. The Court afforded Plaintiff until June 12, 2026, to file an amended complaint, if the noted deficiencies could be corrected. *Id.* at 2-3. The Court warned that "**[f]ailure to file an amended complaint by the deadline set above will result in the recommended dismissal of this case.**" *Id.* at 3 (emphasis in original). Notwithstanding that warning, Plaintiff did not file an amended complaint. *See* Docket.

Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: June 16, 2026

Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).