# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONTAVIAN WALTER,

    Plaintiff

v.

CCDC OFFICER SMITH, et al.,

    Defendants

Case No. 2:26-cv-01264-JAD-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On 6/16/26, the magistrate judge entered this report and recommendation [ECF No. 10]:

On May 19, 2026, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend. Docket No. 8. The Court afforded Plaintiff until June 12, 2026, to file an amended complaint, if the noted deficiencies could be corrected. *Id.* at 2-3. The Court warned that "**[f]ailure to file an amended complaint by the deadline set above will result in the recommended dismissal of this case.**" *Id.* at 3 (emphasis in original). Notwithstanding that warning, Plaintiff did not file an amended complaint. *See* Docket.

Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

    Dated: June 16, 2026

1

**<u>Order Adopting Report and Recommendation</u>**

The deadline for the plaintiff to object to this recommendation was 6/30/2026, and the plaintiff neither filed anything nor asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Having reviewed the report and recommendation, I find good cause to adopt it, and I do. IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 10] is ADOPTED in its entirety. This case is DISMISSED** for the reasons stated in the report and recommendation. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 1, 2026

2